AFFIRM; and Opinion Filed September 11, 2014.



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01464-CR

## LARRY LEE GRACE, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F12-54162-R

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices FitzGerald and Fillmore
Opinion by Justice Fillmore

Larry Lee Grace, Jr. appeals from the adjudication of his guilt for aggravated assault with a deadly weapon. *See* TEX. PENAL CODE ANN. § 22.02(a) (West 2011). The trial court assessed punishment at ten years' imprisonment. On appeal, Grace's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to Grace. We advised Grace of his right to file a pro se response, but he did not file a pro se

response.  *See Kelly v. State*, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

131464F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LARRY LEE GRACE, JR., Appellant

No. 05-13-01464-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 265th Judicial District Court of Dallas County, Texas (Tr.Ct.No. F12-54162-R).
Opinion delivered by Justice Fillmore, Chief Justice Wright and Justice FitzGerald participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered September 11, 2014.